IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY ALLEN MCCLELLAN, #277145, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-452-WKW |
| ALICIA WHITE and JEFFERSON S. DUNN, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 5.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED; and

2.    This action is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of the court.

A final judgment will be entered separately.

DONE this 5th day of September, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE